

# THE THIRTEENTH COURT OF APPEALS

### 13-19-00371-CV

Christopher Gonzalez
v.
Vantage Bank Texas f/k/a Inter National Bank and Prestige Luxury Homes, LLC

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-02755

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed as moot in part and the judgment of the trial court should be affirmed in part. The Court orders the appeal DISMISSED AS MOOT IN PART and the judgment of the trial court AFFIRMED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 2, 2020